Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

**Attorneys for Plaintiff**
**Bluestone Innovations LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **BULBRITE INDUSTRIES, INC.,** <br><br> Defendant. | Case No. 3:15-cv-05478-LB <br><br> **ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – CIVIL L.R. 3-12** |

ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED –
CIVIL L.R. 3-12

Plaintiff Bluestone Innovations, LLC ("Bluestone") Pursuant to Civil L.R. 3-12 and 7-11 files this Administrative Motion to Consider whether Cases should be Related. Bluestone respectfully requests that the Court find the below cases to be related.

**The Related Cases**

1. *Bluestone Innovations LLC v. Ace Hardware Corp.*, No. 5:15-cv-05486-NC (N.D. Cal., 2015)

2. *Bluestone Innovations LLC v. Wayfair LLC*, No. 3:15-cv-05484-JCS (N.D. Cal., 2015)

3. *Bluestone Innovations LLC v. Torchstar Corp.*, No. 3:15-cv-05481-MEJ (N.D. Cal., 2015)

4. *Bluestone Innovations LLC v. Lowe's Cos., Inc.*, No. 4:15-cv-05487-DMR (N.D. Cal. 2015)

5. *Bluestone Innovations LLC v. Philips Elecs. North Am. Corp.*, No. 3:15-cv-05485-EDL (N.D. Cal., 2015)

6. *Bluestone Innovations LLC v. G7 Corp.*, No. 4:15-cv-05483-KAW (N.D. Cal., 2015)

7. *Bluestone Innovations LLC v. Ushio Am., Inc.*, No. 3:15-cv-05490-SK (N.D. Cal., 2015)

8. *Bluestone Innovations LLC v. Tech. Consumer Products, Inc.*, No. 5:15-cv-05480-NC (N.D. Cal., 2015)

9. *Bluestone Innovations LLC v. Westinghouse Lighting Corp.*, No. 3:15-cv-05488-JCS (N.D. Cal., 2015)

10. *Bluestone Innovations LLC v. FEIT Elec. Co., Inc.*, No. 5:15-cv-05479-NC (N.D. Cal., 2015)

11. *Bluestone Innovations LLC v. Ikea North Am. Servs. LLC*, No. 5:15-cv-05482-NC (N.D. Cal., 2015)

12. *Bluestone Innovations LLC v. TigerDirect, Inc.*, No. 5:15-cv-05489-NC (N.D. Cal., 2015)

**Reasons Supporting the Request**

Civil L.R. 3-12(a) states that "[a]n action is related to another when: (1) The actions concerns substantially the same parties, property, transaction or event; and (2) It appears likely that there will be

an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges."  All of the related cases involve the same underlying property, U.S. Patent No. 6,163,556 (the "'556 Patent").  Furthermore all of the related cases involve the same technologies and issues, *i.e.* infringement of the '556 Patent by the defendants' LED lights.  Each case will involve the same issues of claim construction, infringement, and validity.  As such, it appears highly likely that there would be an unduly burdensome duplication of labor and expense if the cases, which are currently pending before 8 different judges, conducted by a single judge.  Finally, there is the inherent risk of potentially as many as a different conflicting results should the cases be conducted before 8 different judges.

For the foregoing reasons, Bluestone respectfully requests that the foregoing cases be related pursuant to Civil L.R. 3-12.

ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED –
CIVIL L.R. 3-12

Dated:  January 5, 2016

NI, WANG & MASSAND, PLLC

*/s/ Hao Ni*

By:_____
                    HAO NI

Attorney for Plaintiff
BLUESTONE INNOVATIONS LLC


## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on January 5, 2016, with a copy of this document via the Court's CM/ECF system.

*/s/ Hao Ni*

_____
                    HAO NI