STEVE T. LOWE, Esq., SBN 122208
steven@lowelaw.com
KRIS LEFAN, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

HAO NI, Esq. *(pro hac vice)*
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

Attorneys for Plaintiff Bluestone Innovations LLC

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
BONNIE J. WOLF, CA Bar No. 284872
bonniewolf@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Bulbrite Industries, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC<br><br>Plaintiff,<br><br>v.<br><br>BULBRITE INDUSTRIES, INC.,<br><br>Defendant. | Case No.: 15-cv-05478<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(Civ. L.R. 6-1(a))** |

Pursuant to Civ. L. R. 6-1(a), Plaintiff Bluestone Innovations LLC ("Plaintiff") and Defendant Blubrite Industries, Inc. ("Defendant"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff personally served the Summons, Complaint, and related documents on Defendant on January 26, 2016;

WHEREAS, Defendant's current deadline to respond to the Complaint is February 16, 2016;

WHEREAS, Plaintiff agrees to extend the time by which Defendant must respond to the Complaint on the terms set forth below;

WHEREAS, there have been no previous time modifications in this case;

WHEREAS, an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED that Defendant Bulbrite Industries, Inc. shall have up to and including March 16, 2016 to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

Dated: February 10, 2016      INTELLECTUAL PROPERTY LAW GROUP LLP

By:  /s/ *Otto O. Lee* *

Otto O. Lee
Kevin Viau
Bonnie J. Wolf
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Bulbrite Industries, Inc.

Dated: February 10, 2016      NI, WANG & MASSAND, PLLC

By:  /s/ *Hao Ni*

Hao Ni, Esq. *(pro hac vice)*
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600

| | |
|---|---|
| 1 | Facsimile: (972) 314-0900 |
| 2 | LOWE & ASSOCIATES, P.C. |
| 3 | Steve T. Lowe, Esq.<br>Kris LeFan, Esq. |
| 4 | 11400 Olympic Blvd., Suite 640<br>Los Angeles, CA 90064 |
| 5 | Telephone: (310) 477-5811<br>Facsimile: (310) 477-7672 |
| 6 | Attorneys for Plaintiff Bluestone Innovations LLC |

\* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.