OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
BONNIE J. WOLF, CA Bar No. 284872
bonniewolf@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant Bulbrite Industries, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC<br><br>Plaintiff,<br>v.<br><br>BULBRITE INDUSTRIES, INC.,<br><br>Defendant. | Case No.: 15-cv-05478<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

This matter being brought to this Court by motion of Defendant Bulbrite Industries, Inc., and the Court having considered the arguments of counsel at hearing, read the papers, and considered all pleadings on file, finds good cause shown.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) is GRANTED in its entirety, and that the Complaint against Defendant and all claims for relief contained therein are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE