Kenneth E. Keller (SBN 71450) kkeller@ksrh.com
Lori L. Holland (SBN 202309) lholland@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery St., 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Joseph R. Condo (admitted *pro hac vice*) jcondo@condoroccia.com
Michael Bonella (admitted *pro hac vice*) mbonella@condoroccia.com
Joseph R. Klinicki (admitted *pro hac vice*) jklinicki@condoroccia.com
CONDO ROCCIA KOPTIW LLP
1800 John F. Kennedy Boulevard, Suite 1700
Philadelphia, PA  19103
Telephone:  (215) 558-5740
Facsimile: (215) 558-5676

Attorneys for Defendant
IKEA NORTH AMERICA SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC, <br><br>     Plaintiff, <br><br> vs. <br><br> IKEA NORTH AMERICA SERVICES, LLC, <br><br>     Defendant. | Case No.: 4:15-cv-05482 SI <br> (and related cases) <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE** <br><br> Current CMC Date:  May 17, 2016 <br> Proposed CMC Date:  May 13, 2016 |
| SEOUL SEMICONDUCTOR COMPANY, LTD. <br><br>     Intervenor-Defendant. | |
| BULBRITE INDUSTRIES, <br><br>     Defendant, | Related Case No.: 4:15-cv-05478 SI |

| | |
|---|---|
| FEIT ELECTRONIC COMPANY, INC., | Related Case No.: 4:15-cv-05479 SI |
| Defendant, | |
| TECHNICAL CONSUMER PRODUCTS, INC., | Related Case No.: 4:15-cv-05480 SI |
| Defendant, | |
| G7 CORPORATION, | Related Case No.: 4:15-cv-05483 SI |
| Defendant, | |
| WAYFAIR LLC, | Related Case No.: 4:15-cv-05484 SI |
| Defendant, | |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, | Related Case No.: 4:15-cv-05485 SI |
| Defendant, | |
| ACE HARDWARD CORPORATION, | Related Case No.: 4:15-cv-05486 SI |
| Defendant, | |
| WESTINGHOUSE LIGHTING CORPORATION, | Related Case No.: 4:15-cv-05488 SI |
| Defendant, | |
| USHIO AMERICA, INC., | Related Case No.: 4:15-cv-05490 SI |
| Defendant. | |

## **STIPULATION**

Pursuant to Civil Local Rule 6-2, the parties in the above-captioned cases hereby stipulate and agree as follows, subject to approval of the Court:

WHEREAS, on April 26, 2016, the Court issued an Order scheduling a Case Management Conference ("CMC") in the above-captioned cases for May 17, 2016 at 3:00 p.m. (D.I. 35).

WHEREAS, lead counsel for defendant Ikea North America Services LLC ("Ikea"), Michael Bonella, has a family event in New York City on May 18, 2016 that would prevent him from appearing on May 17, 2016.

WHEREAS, local counsel for Ikea contacted the Court's Calendar Clerk and Courtroom Deputy and advised her of the conflict.

WHEREAS, the Court's Clerk indicated that the Court would be available on May 13, 2016 at 3 p.m. and that the parties could move the Court to reschedule the CMC to that date by stipulation.

1    WHEREAS, Ikea's counsel contacted counsel for Plaintiff Bluestone Innovations, LLC and

2  the other defendants in the above-captioned cases requesting that the parties stipulate to moving the

3  CMC date to May 13, 2016 at 3:00 p.m.

4    WHEREAS, all parties indicated to Ikea's counsel that they agree to moving the CMC date

5  to May 13, 2016 at 3:00 p.m.

6    WHEREAS, for the reasons stated above, the parties respectfully request that the Court

7  modify its April 26, 2016 Order to reschedule the Case Management Conference to May 13, 2016 at

8  3:00 p.m.

9    THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and through their

10  respective attorneys of record and subject to order of the Court, that the CMC currently scheduled

11  for May 17, 2016 at 3:00 p.m. shall be rescheduled to May 13, 2016 at 3:00 p.m.

12  Dated:  April 29, 2016                    KELLER, SLOAN, ROMAN & HOLLAND LLP

13

14                                           By:  __/s/ Lori L. Holland_____

15                                           Lori L. Holland

16                                           Attorneys for Defendant IKEA NORTH
                                             AMERICA SERVICES, LLC

17  Dated:  April 29, 2016                    NI, WANG & MASSAND, PLLC

18

19                                           By:  __/s/ Hao Ni_____

20                                           Hao Ni

21                                           Attorneys for Plaintiff BLUESTONE
                                             INNOVATIONS LLC

22  Dated:  April 29, 2016                    LATHAM & WATKINS LLP

23

24                                           By:  __/s/ Charles Sanders_____

25                                           Charles Sanders

26                                           Attorneys for Intervenor-Defendant
                                             SEOUL SEMICONDUCTOR CO., LTD.

27

28

3

Dated:  April 29, 2016                            INTELLECTUAL PROPERTY LAW GROUP LLP
Related Case No.: 4:15-cv-05478-SI


By:  __/s/ Bonnie Wolf_____
     Bonnie Wolf
     Attorneys for Defendant
     BULBRITE INDUSTRIES, INC.

Dated:  April 29, 2016                            LOCKE LORD
Related Case No.: 4:15-cv-05479-SI


By:  __/s/ James Magid_____
     James Magid
     Attorneys for Defendant
     FEIT ELECTRONIC COMPANY, INC.

Dated:  April 29, 2016                            THOMPSON HINE LLP
Related Case No.: 4:15-cv-05480-SI


By:  __/s/ Arthur Licygiewicz_____
     Arthur Licygiewicz
     Attorneys for Defendant
     TECHNICAL CONSUMER PRODUCTS,
     INC.

Dated:  April 29, 2016                            GLASER WEIL FINK HOWARD AVCHEN &
Related Case No.: 4:15-cv-05483-SI                  SHAPIRO LLP


By:  __/s/ Charles C. Koole_____
     Charles C. Koole
     Attorneys for Defendant
     G7 CORORATION

1   Dated:  April 29, 2016                    DENTON US LLP
    Related Case No.: 4:15-cv-05484-SI
2

3
                                             By:  __/s/ Mark Nelson_____
4                                                 Mark Nelson
                                                  Attorneys for Defendant
5                                                 WAYFAIR LLC

6   Dated:  April 29, 2016                    FINNEGAN HENDERSON FARABOW GARRETT &
    Related Case No.: 4:15-cv-05485-SI            DUNNER, LLP
7

8

9                                            By:  __/s/ Robert McCauley_____
                                                  Robert McCauley
10                                                Attorneys for Defendant
                                                  PHILIPS ELECTRONICS NORTH
11                                                AMERICA CORPORATION

12

13  Dated:  April 29, 2016                    DENTON US LLP
    Related Case No.: 4:15-cv-05486-SI
14

15

16                                           By:  __/s/ Jennifer D. Bennett_____
                                                  Jennifer D. Bennett
17                                                Attorneys for Defendant
                                                  ACE HARDWARE CORPORATION
18

19  Dated:  April 29, 2016                    MARTIN APC
    Related Case No.: 4:15-cv-05488-SI
20

21
                                             By:  __/s/ Kevin R. Martin_____
22                                                Kevin R. Martin
                                                  Attorneys for Defendant
23                                                WESTINGHOUSE LIGHTING
                                                  CORPORATION
24

25

26

27

28
                                        5

Dated:  April 29, 2016                              LTL ATTORNEYS LLP
Related Case No.: 4:15-cv-05486-SI


                                        By:  __/s/ Heather Auyang_____
                                            Heather Auyang
                                            Attorneys for Defendant
                                            USHIO AMERICA, INC.


### CIVIL L.R. 5-1(i) ATTESTATION

       I, Lori L. Holland, hereby attest that I have been authorized by counsel listed above to

execute on their behalf this Stipulated Motion to Modify Order Setting Case Management

Conference.

Dated:  April 29, 2016                          */s/ Lori L. Holland*
                                            Lori L. Holland

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY ORDER
SETTING CASE MANAGEMENT CONFERENCE
Case No.: 4:15-cv-05482 SI

1

# [PROPOSED] ORDER

2      Under consideration of the parties' Stipulated Motion to Modify Order Setting Case

3 Management Conference, and good cause appearing,

4      **IT IS HEREBY ORDERED THAT:**

5      The Court's April 26, 2016 Order (D.I. 35) is modified as follows:  the Case Management

6 Conference that is currently scheduled for May 17, 2016 at 3:00 p.m. in the above-captioned

7 matters is rescheduled to May 13, 2016 at 3:00 p.m.  All other aspects of the April 26, 2016 Order

8 remain unchanged.

9      **IT IS SO ORDERED.**

10

Dated:  ~~April~~  5 / 2 , 2016

11                                    _____

HON. SUSAN ILLSTON

12                                    UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY ORDER
SETTING CASE MANAGEMENT CONFERENCE
Case No.: 4:15-cv-05482 SI