UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** May 13, 2016 | **Time:** 18 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 15-cv-05478-SI<br>Case No. 15-5479 SI<br>Case No. 15-5480 SI<br>Case No. 15-5482 SI<br>Case No. 15-5484 SI<br>Case No. 15-5485 SI<br>Case No. 15-5486 SI<br>Case No. 15-5488 SI<br>Case No. 15-5490 SI | **Case Name:** Bluestone Innovations v. Bulbrite Industries, Inc.<br>Bluestone v. FEIT Electronic Co.<br>Bluestone v. Technical Consumer Products<br>Bluestone v. Ikea North America<br>Bluestone v. Wayfair<br>Bluestone v. Philips Electronics North America<br>Bluestone v. Ace Hardware Corp.<br>Bluestone v. Westinghouse Lighting<br>Bluestone v. Ushio America Inc., | |

**Attorney for Plaintiff:**
Hao Ni (all cases)

**Attorney for Defendant(s):**
**Case No.**:  15-5478 SI - Bonnie Wolf
Case No. 15-5479 SI - Matthew Blackburn, Bradley Hyde (Int.)
Case No. 15-5480 SI - Jennifer Seraphone, Arthur Licyzlgiewicz
Case No. 15-5482 SI -Michael Bonella, Ken Keller, Jenny Jonak (ph) Charles Sanders (Int.), Bradley Hyde (Int.)
Case No. 15-5484 SI -Mark Nelson
Case No. 15-5485 SI -Robert McCauley
Case No. 15-5486 SI -Mark Nelson
Case No. 15-5488 SI - Kevin Nelson
Case No. 15-5490 SI - Mathew Blackburn, Heather Auyang

**Deputy Clerk:** Tracy Kasamoto      **Court Reporter:** N/A

# PROCEEDINGS

1)     Further Case Management Conference - HELD

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court
Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to  **11/4/16  @ 3:00 p.m.** for Further Case Management Conference

Case continued to **3/15/17 @ 3:30 p.m.** for Claim Construction Hearing

Case continued to   **@ 9:00 a.m.**   for Motions
(Motion due:  , Opposition:  , Reply:  )

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for  Trial  (   Days)
Discovery Cutoff:  , Designate Experts by:  ,
Rebuttal Experts:  , Expert Discovery Cutoff:

## SUMMARY

Seoul Semiconductor Co., Ltd. shall file a proposed order granting it's motion to intervene [20] filed in C-15-5479, since there is no opposition to this motion.
Counsel are in the process of developing an electronic discovery plan and proposed order.
The parties have agreed that plaintiff shall file one opening claim construction brief and the defendants shall file one joint opposing claim construction response brief.
Rule 26(a)(1) disclosures due 6/20/16.
Deadline to complete an ADR process is 9/19/16.
The deadline to amend the pleadings is 10/4/16.

| Date | Event |
|---|---|
| 6/20/16 | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Pat.L.R. 3-1 &2) |
| 8/5/16 | Serve Preliminary Invalidity Contentions (Pat.L.R. 3-3 &4) |
| 8/26/16 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 9/29/16 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 10/27/16 | File Joint Claim Construction & Prehearing Statement (Pat.L.R. 4-3) |
| 12/8/16 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 1/5/17 | File Opening Brief on Claim Construction (Pat.L.R. 4-5(a)) |

| | |
|---|---|
| 2/9/17 | file Responsive Brief on Claim Construction (Pat.L.R. 4-5(b) |
| 2/23/17 | Reply Claim Construction Brief (Pat L.R. 4.5(c) |