1  Steven T. Lowe, Esq. SBN 122208
   steven@lowelaw.com
2  Kris LeFan, Esq., SBN 278611
   kris@lowelaw.com
3  LOWE & ASSOCIATES, P.C.
   11400 Olympic Blvd., Suite 640
4  Los Angeles, CA 90064
   Telephone: (310) 477-5811
5  Facsimile: (310) 477-7672

6  Hao Ni (*pro hac vice*)
   hni@nilawfirm.com
7  NI, WANG & MASSAND, PLLC
   8140 Walnut Hill Lane, Suite 500
8  Dallas, TX 75231
   Telephone: (972) 331-4600
9  Facsimile: (972) 314-0900

10  *Attorneys for Plaintiff*
    *Bluestone Innovations LLC*

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
BONNIE J. WOLF, CA Bar No. 284872
bonniewolf@iplg.com
INTELLECTUAL PROPERTY LAW
GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant Bulbrite*
*Industries, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, | |
| Plaintiff, | Case No. 3:15-cv-05478-SI |
| v. | **[~~PROPOSED~~] ORDER OF STIPULATION OF DISMISSAL** |
| **BULBRITE INDUSTRIES, INC.**, | |
| Defendant. | Hon. Susan Illston |

-1-

1

**ORDER OF DISMISSAL WITH PREJUDICE**

2

     Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Plaintiff") and

3

Defendant Bulbrite Industries, Inc. ("Defendant,") parties to this legal action, by and through their

4

attorneys, jointly moved for an order approving their Stipulation of Dismissal.  After consideration

5

of such motion, it is hereby GRANTED, and it is ORDERED that:

6

     1.     All of the claims in this action between Plaintiff and Defendant are dismissed with

7

prejudice; and

8

     2.     Each party is to bear its own costs and attorneys' fees with respect to this legal action

9

and the entry of this Stipulation and Order of Dismissal with Prejudice.

10

     Signed this ___28th___ day of November, 2016.

11

12

13

_____
United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-